# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:    ROBBIE L. JOHNSON                                              Case Number: 07-70314
          6792 AUDREE LANE #2
          LOVES PARK, IL  61111        SSN-xxx-xx-4274

|  |  |
|---|---|
| Case filed on: | 2/16/2007 |
| Plan Confirmed on: | 6/29/2007 |

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $13,111.37          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTY BERNARD NATALE | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | ROBBIE L. JOHNSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | COUNTRYWIDE HOME LOANS INC | 18,297.33 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS INC | 89,504.40 | 0.00 | 0.00 | 0.00 |
| 003 | DELL FINANCIAL SERVICES LP | 741.53 | 200.00 | 156.82 | 67.92 |
| 004 | DUBUQUE BANK & TRUST | 1,581.30 | 0.00 | 0.00 | 0.00 |
| 005 | HARLEY-DAVIDSON CREDIT | 0.00 | 184.07 | 184.07 | 0.00 |
| 006 | RIVERSIDE COMMUNITY BANK | 591.44 | 0.00 | 0.00 | 0.00 |
| 007 | SHEFFIELD FINANCIAL LLC | 2,367.14 | 2,000.00 | 494.52 | 222.16 |
| 008 | STILLMAN BANCCORP NA | 2,200.00 | 2,200.00 | 0.00 | 0.00 |
| 009 | US BANK/ELAN RETAIL PMT SOLUTIONS | 22,186.68 | 22,186.68 | 6,024.44 | 2,556.59 |
|  | Total Secured | 137,469.82 | 26,770.75 | 6,859.85 | 2,846.67 |
|  |  |  |  |  |  |
| 003 | DELL FINANCIAL SERVICES LP | 983.78 | 15.25 | 0.00 | 0.00 |
| 005 | HARLEY-DAVIDSON CREDIT | 5,867.56 | 56.83 | 0.00 | 0.00 |
| 007 | SHEFFIELD FINANCIAL LLC | 0.00 | 3.67 | 0.00 | 0.00 |
| 009 | US BANK/ELAN RETAIL PMT SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ALL CREDIT LENDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | AMERICAN EXPRESS CENTURION BANK | 5,274.22 | 52.74 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 3,769.09 | 37.69 | 0.00 | 0.00 |
| 013 | DISCOVER FINANCIAL SERVICES | 11,813.45 | 118.13 | 0.00 | 0.00 |
| 014 | GOUGH HEATING & AIR CONDITIONING | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | HARRY W. DARLAND, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | LONNIE'S CARPET CONNECTION | 1,550.00 | 15.50 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 4,096.46 | 40.96 | 0.00 | 0.00 |
| 018 | ROCKFORD HEALTH PHYSICIANS | 99.75 | 1.00 | 0.00 | 0.00 |
| 019 | ROUNDUP FUNDING LLC | 8,981.56 | 89.82 | 0.00 | 0.00 |
| 020 | SARAH C. THOMPSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 42,435.87 | 431.59 | 0.00 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 182,405.69 | 29,702.34 | 9,359.85 | 2,846.67 |

Total Paid Claimant:       $12,206.52
Trustee Allowance:         $904.85          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00       discharging the trustee and the trustee's surety from any and all
                                      liablility on account of the within proceedings, and closing the estate,
                                      and for such other relief as is just.  Pursuant to FRBP, I hereby
                                      certify that the subject case has been fully administered.

Report Dated:

                                            /s/ Lydia S. Meyer
                                         Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 03/26/2009          By   /s/Heather M. Fagan